# UNITED STATES DISTRICT COURT
for the
District of Virgin Islands

| | |
|---|---|
| CROWN BAY MARINA, L.P.<br><br>*Plaintiff(s)*<br>v.<br>JEFFREY EPSTEIN & MICHELLE'S TRANSPORTATION COMPANY, LLC, AND BIG N BARGE, a 70' transport barge and her tackle, gear apparel and appurtenances,<br>*Defendant(s)* | Civil Action No. 2018-69 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JEFFREY EPSTEIN & MICHELLE'S TRANSPORTATION COMPANY, LLC
6100 Red Hook Qtr., B-3
St. Thomas, VI 00802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LAW OFFICES OF DUENSING & CASNER
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, VI 00804

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Glenda L. Lake, Esquire*
CLERK OF COURT

*[Signature]*
Signature of Clerk or Deputy Clerk

Date: 9/5/2018