**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| CROWN BAY MARINA, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:18-CV-69 |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY EPSTEIN & MICHELLE'S | ) | |
| TRANSPORTATION COMPANY, LLC, and | ) | |
| BIN N BARGE, a 70' transport barge and her tackle, | ) | |
| Gear, apparel and appurtenances, *in rem*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2018, I electronically filed **Plaintiff's Notice of Appearance** [ECF # 5] with the Clerk of Court using the CM/ECF system, and that I have mail/emailed this document to the following non-filer user:

Jeffrey Epstein & Michelle's Transportation Company, LLC
6100 Red Hook Qtr., B-3
St. Thomas, VI 00802
annrodriguez@yahoo.com

/s/ DAVID J. CATTIE
David J. Cattie, Esq. – V.I. Bar No. 964
The Cattie Law Firm, P.C.
1710 Kongens Gade
St. Thomas, VI 00802
Tel: (340) 775-1200
Fax: (800) 878-5237
Email: david.cattie@cattie-law.com