IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| CROWN BAY MARINA, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY EPSTEIN & MICHELLE'S TRANSPORTATION COMPANY, LLC, *et al.*, <br><br> Defendants. | Civil No. 2018-69 |

## ORDER

This matter is before the Court *sua sponte*. Upon review of the record, the Court notes that the docket reflects no proof of service upon, nor entry of appearance on behalf of, the defendants in this matter. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of a summons and complaint is to be effectuated upon all named defendants within 90 days of the filing of the complaint, with proof of same being filed with the court. *See Ayres v. Jacobs & Crumplar, P.A.*, 99 F.3d 565, 569 (3d Cir. 1996) (explaining Rule 4 "sets forth the procedure by which a court obtains personal jurisdiction over the defendant"). The premises considered, it is hereby ORDERED as follows:

(1) Plaintiff shall, no later than February 19, 2019, either file proof of service on the defendants, or show cause why this action should not be dismissed for failure to effect timely service; and

(2) Failure to file proof of service or show cause by the designated deadline may result in dismissal of this action.

**Dated**: February 5, 2019

S\_____
**RUTH MILLER**
United States Magistrate Judge