## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| CROWN BAY MARINA, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:18-CV-69 |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY EPSTEIN & MICHELLE'S | ) | |
| TRANSPORTATION COMPANY, LLC, and | ) | |
| BIN N BARGE, a 70' transport barge and her tackle, | ) | |
| Gear, apparel and appurtenances, *in rem*, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE** is hereby given that Plaintiff, CROWN BAY MARINA, L.P., by and through its undersigned counsel, David J. Cattie, Esq. of the Cattie Law Firm, PC, and pursuant to V.I.R.Civ.P. 41(a)(1)(A) hereby voluntarily dismisses the above captioned matter without prejudice.

DATED:     February 19, 2019

Respectfully submitted,

The Cattie Law Firm, P.C.

/s/ DAVID J. CATTIE
DAVID J. CATTIE, ESQ.
V.I. Bar No. 964
1710 Kongens Gade*
St. Thomas, USVI 00802
Telephone: 340.775.1200
Facsimile:  800.878.5237
david.cattie@cattie-law.com

*\* Please note our new address*

Notice of Dismissal Without Prejudice
*Crown Bay Marina, L.P. v. Jeffrey Epstein & Michelle's Transportation Company, LLC, et al.*
Case No. 3:18-CV-69
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on 19th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that I have emailed this document to the following non-filer user:

>Jeffrey Epstein & Michelle's Transportation Company, LLC
>6100 Red Hook Qtr., B-3
>St. Thomas, VI 00802
>annrodriguez@yahoo.com

/s/ DAVID J. CATTIE